**No. 60860.**—Indian Sales Corp. *v.* United States, protests 210976–K and 216672–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ammeters, not in chief value of glass, designed and fitted for use on "Indian" motorcycles, the same in all material respects as those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), except that the ammeters in question are designed and fitted for use as parts of motorcycles, rather than as parts of automobiles, the claim of the plaintiff was sustained.

**No. 60861.**—Lucas Electrical Services, Inc., and Lep Transports, Inc. *v.* United States, protest 280329–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim of the plaintiffs was sustained.